# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT S. GARNER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GLOBAL PLASMA SOLUTIONS INC.,<br><br>Defendant. | C.A. No. 21-665-CFC |

## DEFENDANT GLOBAL PLASMA SOLUTIONS INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Global Plasma Solutions, Inc., by and through its undersigned counsel, hereby discloses the following parent corporation owning 10% or more of its stock:

AirClean Holdings, Inc. is a parent company of Global Plasma Solutions, Inc.

Dated: May 24, 2021

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

/s/  *Adam W. Poff*
Adam W. Poff (No. 3990)
Tammy L. Mercer (No. 4957)
Beth A. Swadley (No. 6331)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6642

apoff@ycst.com
tmercer@ycst.com
bswadley@ycst.com

*Attorneys for Defendant*
*Global Plasma Solutions Inc.*

## **CERTIFICATE OF SERVICE**

I, Adam W. Poff, Esquire, hereby certify that on May 24, 2021, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to registered participants.

I further certify that on May 24, 2021, I caused the foregoing document to be served by e-mail on the following counsel of record:

>Robert J. Kriner, Jr.
>Scott M. Tucker
>Tiffany Joanne Cramer
>CHIMICLES SCHWARTZ KRINER
>& DONALDSON-SMITH LLP
>2711 Centerville Road
>Suite 201
>Wilmington, DE 19808
>rjk@chimicles.com
>scotttucker@chimicles.com
>tjc@chimicles.com
>
>*Attorneys for Plaintiff*

>YOUNG CONAWAY STARGATT
> & TAYLOR, LLP
>
>/s/ Adam W. Poff
>Adam W. Poff (No. 3990)
>Tammy L. Mercer (No. 4957)
>Beth A. Swadley (No. 6331)
>Rodney Square
>1000 North King Street
>Wilmington, DE 19801
>(302) 571-6642

*apoff@ycst.com*
*tmercer@ycst.com*
*bswadley@ycst.com*

*Attorneys for Defendant*
*Global Plasma Solutions Inc.*

Dated:   May 24, 2021

25743625.1