# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT S. GARNER, on behalf of himself and all others similarly situated,<br><br>　　　　Plaintiff,<br>　v.<br><br>GLOBAL PLASMA SOLUTIONS INC.,<br><br>　　　　Defendant. | C.A. No. 21-665-CFC |

## DEFENDANT GLOBAL PLASMA SOLUTIONS INC.'S REQUEST FOR ORAL ARGUMENT ON ITS MOTION TO DISMISS

Pursuant to D. Del. LR 7.1.4, Defendant Global Plasma Solutions Inc. ("Global Plasma") respectfully requests oral argument on its Motion to Dismiss for Failure to State a Claim (the "Motion") (D.I. 5). The Motion was filed on May 24, 2021, and briefing is now complete (D.I. 6, 11, 13). Counsel for Global Plasma are available at the Court's convenience for a hearing on the Motion.

| | |
|---|---|
| Dated: June 21, 2021 | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| *Of Counsel* | /s/ *Adam W. Poff* |
| **MCGUIREWOODS LLP** | Adam W. Poff (No. 3990)<br>Tammy L. Mercer (No. 4957) |
| Robert A. Muckenfuss (admitted *pro hac vice*)<br>Fifth Third Center<br>201 North Tryon Street<br>Suite 3000<br>Charlotte, North Carolina  28202<br>(704) 343-2000<br>rmuckenfuss@mcguirewoods.com | Beth A. Swadley (No. 6331)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6642<br>apoff@ycst.com<br>tmercer@ycst.com<br>bswadley@ycst.com |
| R. Trent Taylor (admitted *pro hac vice*)<br>S. Virginia Bondurant (admitted *pro hac vice*)<br>Gateway Plaza<br>800 East Canal Street<br>Richmond, Virginia 23219<br>(804) 775-1000<br>rtaylor@mcguirewoods.com<br>vbondurantprice@mcguirewoods.com | *Attorneys for Defendant*<br>*Global Plasma Solutions Inc.* |

## **CERTIFICATE OF SERVICE**

I, Adam W. Poff, Esquire, hereby certify that on June 21, 2021, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to registered participants.

I further certify that on June 21, 2021, I caused the foregoing document to be served by e-mail on the following counsel of record:

>Robert J. Kriner, Jr.
>Scott M. Tucker
>Tiffany Joanne Cramer
>CHIMICLES SCHWARTZ KRINER
>& DONALDSON-SMITH LLP
>2711 Centerville Road
>Suite 201
>Wilmington, DE 19808
>rjk@chimicles.com
>scotttucker@chimicles.com
>tjc@chimicles.com
>
>Timothy N. Mathews
>CHIMICLES SCHWARTZ KRINER
>& DONALDSON-SMITH LLP
>361 W. Lancaster Ave
>Haverford, PA 19041
>tnm@chimicles.com
>
>Steffan T. Keeton
>THE KEETON FIRM LLC
>100 S. Commons, Ste. 102
>Pittsburgh, PA 15212
>stkeeton@keetonfirm.com

Michael A. Mills
THE MILLS LAW FIRM
52 D Brian Hollow Ln
Houston, TX 77027
mickey@millsmediation.com

*Attorneys for Plaintiff*

YOUNG CONAWAY STARGATT
 & TAYLOR, LLP

/s/ *Adam W. Poff*
Adam W. Poff (No. 3990)
Tammy L. Mercer (No. 4957)
Beth A. Swadley (No. 6331)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6642
*apoff@ycst.com*
*tmercer@ycst.com*
*bswadley@ycst.com*

*Attorneys for Defendant*
*Global Plasma Solutions Inc.*

Dated:    June 21, 2021

28180560.1

2