## IN THE UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT S. GARNER, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> GLOBAL PLASMA SOLUTIONS INC., <br><br> Defendant. | ) ) ) ) ) ) ) Case No. 21-cv-0665-SB ) ) ) ) |

### NOTICE OF SERVICE

Please take notice that on the 13th day of May, 2022, copies of *Plaintiff's Default Paragraph 3 Disclosures* were served upon the following counsel via email:

Adam W. Poff
Samantha G. Wilson
YOUNG CONAWAY STARGATT &
TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
apoff@ycst.com
bswadley@ycst.com

Robert A. Muckenfuss
MCGUIREWOODS LLP
Fifth Third Center
201 North Tryon Street
Suite 3000
Charlotte, North Carolina 28202
rmuckenfuss@mcguirewoods.com

R. Trent Taylor
S. Virginia Bondurant
Frank Talbott V
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, Virginia 23219
rtaylor@mcguirewoods.com
vbondurantprice@mcguirewoods.com
ftalbott@mcguirewoods.com

Dated: May 13, 2022

**CHIMICLES SCHWARTZ KRINER &
DONALDSON-SMITH LLP**

*/s/ Tiffany J. Cramer* .
Robert J. Kriner, Jr. (Del. Bar No. 2546)
Scott M. Tucker (Del. Bar No. 4925)
Tiffany J. Cramer (Del. Bar No. 4998)

2711 Centerville Rd., Suite 201<br>
Wilmington, DE 19808<br>
Tel.: 302-656-2500<br>
rjk@chimicles.com<br>
smt@chimicles.com<br>
tjc@chimicles.com

**OF COUNSEL:**

**CHIMICLES SCHWARTZ KRINER & DONALDSON-SMITH LLP**
Timothy N. Mathews
361 W. Lancaster Ave
Haverford, PA 19041
Tel.: 610-642-8500
tnm@chimicles.com

**REICH & BINSTOCK LLP**
Dennis C. Reich, Esq.
4265 San Felipe, Suite 1000
Houston, TX 77024
Phone: (713) 622-7271
Fax: (713) 623-8724
dreich@reichandbinstock.com

**THE MILLS LAW FIRM**
Michael A. Mills, Esq.
8811 Gaylord Drive
Suite 200
Houston, TX 77024
Phone: (832) 548-4414
Fax: (832) 327-7443
mickey@millsmediation.com

**THE KEETON FIRM LLC**
Steffan T. Keeton, Esq.
100 S Commons, Ste. 102
Pittsburgh, PA 15212
1-888-412-5291
stkeeton@keetonfirm.com

<em>Attorneys for Plaintiff and the Classes</em>