# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT S. GARNER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GLOBAL PLASMA SOLUTIONS INC.,<br><br>Defendant | Case No. 21-cv-0665-SB |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that, attorney Tiffany J. Cramer of Chimicles Schwartz Kriner & Donaldson-Smith LLP hereby withdraws her appearance as counsel for Plaintiff Robert S. Garner. Ms. Cramer will no longer be associated with Chimicles Schwartz Kriner & Donaldson-Smith LLP, effective August 12, 2022. Mr. Garner will continue to be represented by the remaining counsel of record.

Dated: August 11, 2022

CHIMICLES SCHWARTZ KRINER & DONALDSON-SMITH LLP

By: */s/ Tiffany J. Cramer*
Robert J. Kriner, Jr. (DE ID No. 2546)
Scott M. Tucker (DE ID No. 4725)
Tiffany J. Cramer (DE ID No. 4998)
2711 Centerville Road, Suite 201
Wilmington, DE 19808
302-656-2500
rjk@chimicles.com

2

          smt@chimicles.com
          tjc@chimicles.com

*Counsel for Plaintiff Robert S. Garner*