IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT S. GARNER, on behalf of himself and all others similarly situated,<br><br>      Plaintiff,<br>  v.<br><br>GLOBAL PLASMA SOLUTIONS INC.,<br><br>      Defendant. | C.A. No. 21-665-SB |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on October 5, 2022, a copy of the following was served on the persons listed below in the manner indicated:

1) Global Plasma Solutions' First Request for Inspection

### BY EMAIL

Robert J. Kriner, Jr.
CHIMICLES SCHWARTZ KRINER
& DONALDSON-SMITH LLP
2711 Centerville Rd., Suite 201
Wilmington, DE 19808
(302) 656-2500
rjk@chimicles.com

*Counsel for Plaintiff
and the Classes*

Steffan T. Keeton
THE KEETON FIRM LLC
100 S. Commons, Ste. 102
Pittsburgh, PA 15212
stkeeton@keetonfirm.com

Michael A. Mills
THE MILLS LAW FIRM
52 D Brian Hollow Ln
Houston, TX 77027
mickey@millsmediation.com

Dennis C. Reich
REICH & BINSTOCK LLP
4265 San Felipe, Suite 1000
Houston, Texas 77024
dreich@reichandbinstock.com

*Counsel for Plaintiff and the Classes*

PLEASE TAKE FURTHER NOTICE that on October 6, 2022, a copy of this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF and will be served by email on the persons listed above.

| | |
|---|---|
| Of Counsel: | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| Robert A. Muckenfuss<br>MCGUIREWOODS LLP<br>Fifth Third Center<br>201 North Tryon Street<br>Suite 3000<br>Charlotte, North Carolina  28202<br>(704) 343-2052<br>rmuckenfuss@mcguirewoods.com<br><br>R. Trent Taylor<br>S. Virginia Bondurant<br>MCGUIREWOODS LLP<br>Gateway Plaza<br>800 East Canal Street<br>Richmond, Virginia 23219<br>(804) 775-1000<br>rtaylor@mcguirewoods.com<br>vbondurantprice@mcguirewoods.com | */s/ Samantha G. Wilson*<br>Adam W. Poff (No. 3990)<br>Tammy L. Mercer (No. 4957)<br>Samantha G. Wilson (No. 5816)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6600<br>apoff@ycst.com<br>tmercer@ycst.com<br>swilson@ycst.com<br><br>*Counsel for Global Plasma Solutions Inc.* |

Dated: October 6, 2022