IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT S. GARNER, on behalf of himself and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GLOBAL PLASMA SOLUTIONS INC.,<br><br>　　　　　Defendant. | C.A. No. 21-665 (SB) |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES**

　　WHEREAS, lead counsel for Plaintiff has recently experienced significant health issues requiring extensive hospitalization; and

　　WHEREAS, pursuant to Local Rule 16.4, the Parties certify that counsel have sent the following request and agreement to their clients and each consents to these extensions.

　　IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, through their undersigned counsel and subject to approval of the Court, that the remaining deadlines in the Court's Scheduling Order (D.I. 25) are hereby EXTENDED by 90 days. Accordingly, the Scheduling Order is amended to reflect the following:

　　4.a.  All fact discovery in this case shall be initiated so that it will be completed on or before February 21, 2023.

　　4.f.i.  For the party who has the initial burden of proof on the subject matter, the initial Federal Rule 26(a)(2) disclosure of expert testimony is due on or before April 6, 2023. The supplemental disclosure to contradict or rebut evidence on the same matter identified by another party is due on or before May 8, 2023. Reply expert reports from the party with the initial burden of proof are due on or before June 22, 2023.

12. All case dispositive and class certification motions, an opening brief, and affidavits, if any, in support of the motion shall be served and filed on or before August 17, 2023. Any oppositions to such motions shall be filed by September 14, 2023. Any reply brief in support of such motions shall be filed by September 28, 2023.

CHIMICLES SCHWARTZ KRINER &
DONALDSON-SMITH LLP

/s/ Robert J. Kriner
Robert J. Kriner, Jr. (No. 2546)
Scott M. Tucker (No. 4925)
2711 Centerville Rd., Suite 201
Wilmington, DE 19808
302-656-2500
rjk@chimicles.com
smt@chimicles.com

*Counsel for Plaintiff
and the Classes*

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Adam W. Poff
Adam W. Poff (No. 3990)
Tammy L. Mercer (No. 4957)
Samantha G. Wilson (No. 5816)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
apoff@ycst.com
tmercer@ycst.com
swilson@ycst.com

*Counsel for
Global Plasma Solutions Inc.*

SO ORDERED, this ___ day of October 2022.

_____
The Honorable Stephanos Bibas

29827315.1