IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT S. GARNER, on behalf of himself and all others similarly situated,<br><br>      Plaintiff,<br>  v.<br><br>GLOBAL PLASMA SOLUTIONS INC.,<br><br>      Defendant. | C.A. No. 21-665-SB |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on August 7, 2023, the following were served on the counsel listed below in the manner indicated:

1) Responsive Expert Report of Lyle D. Burgoon, Ph.D., ATS

2) Expert Report of Alexis Sauer-Budge, Ph.D.

3) Rebuttal Expert Report of John M.E. Storey, Ph.D., M.S., A.B.

4) Defendant Global Plasma Solutions, Inc.'s Expert Disclosure Pursuant to Rule 26(A)(2)(C)

## BY EMAIL

Brian E. Farnan
Michael J. Farnan
FARNAN LLP
919 North Market Street, 12th Floor
Wilmington, DE 19801
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Counsel for Plaintiff
and the Classes*

Steffan T. Keeton
THE KEETON FIRM LLC
100 S. Commons, Ste. 102
Pittsburgh, PA 15212
steffankeeton@gmail.com

Dennis C. Reich
REICH & BINSTOCK LLP
4265 San Felipe, Suite 1000
Houston, Texas 77024
dreich@reichandbinstock.com

*Counsel for Plaintiff and the Classes*

PLEASE TAKE FURTHER NOTICE that on August 7, 2023, a copy of this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF and will be served by email on the counsel listed above.

| Of Counsel: | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| Robert A. Muckenfuss<br>Kelly A. Warlich<br>MCGUIREWOODS LLP<br>Fifth Third Center<br>201 North Tryon Street<br>Suite 3000<br>Charlotte, North Carolina  28202<br>(704) 343-2052<br>rmuckenfuss@mcguirewoods.com<br>kwarlich@mcguirewoods.com<br><br>R. Trent Taylor<br>S. Virginia Bondurant<br>MCGUIREWOODS LLP<br>Gateway Plaza<br>800 East Canal Street<br>Richmond, Virginia 23219<br>(804) 775-1000<br>rtaylor@mcguirewoods.com<br>vbondurantprice@mcguirewoods.com<br><br>Dated: August 7, 2023 | */s/ Adam W. Poff*<br>Adam W. Poff (No. 3990)<br>Tammy L. Mercer (No. 4957)<br>Samantha G. Wilson (No. 5816)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6600<br>apoff@ycst.com<br>tmercer@ycst.com<br>swilson@ycst.com<br><br>*Counsel for Global Plasma Solutions Inc.* |