## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT S. GARNER, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>GLOBAL PLASMA SOLUTIONS, INC.,<br><br>    Defendant. | C.A. No. 21-665 (SB) |

### DEFENDANT GLOBAL PLASMA SOLUTIONS INC.'S MOTION TO STRIKE DECLARATIONS OF MAX HOWARD SHERMAN AND FRANCIS J. OFFERMANN

Plaintiff Global Plasma Solutions Inc. hereby moves to strike the Declarations of Plaintiff's experts Max Howard Sherman and Francis J. Offermann. Pursuant to Paragraph 6 of the Scheduling Order (D.I. 25), the grounds for the Motion are set forth in the opening letter brief and exhibits filed contemporaneously with this Motion.

| | |
|---|---|
| OF COUNSEL<br><br>MCGUIREWOODS LLP<br><br>Robert A. Muckenfuss (admitted *pro hac vice*)<br>Kelly A. Warlich (admitted *pro hac vice*)<br>Fifth Third Center<br>201 North Tryon Street, Suite 3000<br>Charlotte, North Carolina 28202<br>(704) 343-2052<br>rmuckenfuss@mcguirewoods.com<br>kwarlich@mcguirewoods.com<br><br>R. Trent Taylor (admitted *pro hac vice*)<br>S. Virginia Bondurant Price (admitted *pro hac vice*)<br>Gateway Plaza<br>800 East Canal Street<br>Richmond, Virginia 23219<br>(804) 775-1000<br>rtaylor@mcguirewoods.com<br>vbondurantprice@mcguirewoods.com | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Samantha G. Wilson*<br>Adam W. Poff (No. 3990)<br>Tammy L. Mercer (No. 4957)<br>Samantha G. Wilson (No. 5816)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>(302) 571-6600<br>apoff@ycst.com<br>tmercer@ycst.com<br>swilson@ycst.com<br><br>*Attorneys for Global Plasma Solutions Inc.*<br><br>Dated: November 30, 2023 |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 30, 2023, a copy of the foregoing document was served on the counsel listed below in the manner indicated:

**BY EMAIL**

    Brian E. Farnan
    Michael J. Farnan
    FARNAN LLP
    919 North Market Street, 12th Floor
    Wilmington, DE 19801
    bfarnan@farnanlaw.com
    mfarnan@farnanlaw.com

    Steffan T. Keeton
    THE KEETON FIRM LLC
    100 S. Commons, Ste. 102
    Pittsburgh, PA 15212
    stkeeton@keetonfirm.com

    Michael A. Mills
    THE MILLS LAW FIRM
    52 D Brian Hollow Ln
    Houston, TX 77027
    mickey@millsmediation.com

    Dennis C. Reich
    John Benjamin Black
    REICH & BINSTOCK LLP
    4265 San Felipe, Suite 1000
    Houston, Texas 77024
    dreich@reichandbinstock.com
    bblack@reichandbinstock.com

    *Attorneys for Plaintiff and the Classes*

YOUNG CONAWAY STARGATT
 & TAYLOR, LLP

/s/ *Samantha G. Wilson*
Adam W. Poff (No. 3990)
Tammy L. Mercer (No. 4957)
Samantha G. Wilson (No. 5816)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6642
apoff@ycst.com
tmercer@ycst.com
swilson@ycst.com

*Attorneys for Defendant*
*Global Plasma Solutions Inc.*

Dated: November 30, 2023

2